**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6152**

———————

SHAWN D. SINGLETARY,

           Plaintiff - Appellant,

  versus

STATE OF NORTH CAROLINA; NORTH CAROLINA HIGH-
WAY PATROL DIVISION; BLADEN COUNTY; BLADEN
COUNTY JAIL; D. T. HILBURN, Trooper, Individ-
ually; JOHN DOE; JANE DOE, II,

           Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Wilmington.  James C. Fox, District
Judge.  (CA-97-129-7-F-2)

———————

Submitted:  May 5, 1998        Decided:  May 19, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Shawn D. Singletary, Appellant Pro Se. Isaac T. Avery, III, Special
Deputy Attorney General, Reuben Franklin Young, NORTH CAROLINA DE-
PARTMENT OF JUSTICE, Raleigh, North Carolina; G. Christopher Olson,
WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his complaint filed under 42 U.S.C. §§ 1983, 1985 and 1986 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Singletary v. North Carolina</u>, No. CA-97-129-7-F-2 (E.D.N.C. Sept. 18 & Dec. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>